UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Humberto Iniguez, et al<br><br>    Plaintiff,<br><br>v.<br><br>Ford Motor Company, et al<br><br>    Defendant. | Case No.  1:23-cv-00816-JLT-HBK<br><br>**JUDGMENT** |

**IT IS ORDERED AND ADJUDGED** judgment is hereby ENTERED in accordance with the Notice of Acceptance with Offer of Judgment filed 04/03/2024.

April 8, 2024

KEITH HOLLAND, CLERK

By: /s/  R. Gonzalez,
Deputy Clerk