# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

HUMBERTO INIGUEZ and JESSICA INIGUEZ,

Plaintiffs,

vs.

FORD MOTOR COMPANY; and DOES 1 through 10, inclusive

Defendants.

Case No. 1:23-cv-00816-JLT-HBK

District Judge: Jennifer L. Thurston

**[~~PROPOSED~~] ORDER**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Plaintiffs HUMBERTO INIGUEZ and JESSICA INIGUEZ ("Plaintiffs") and Defendant FORD MOTOR COMPANY have agreed FORD MOTOR COMPANY will pay $29,000.00 to resolve Plaintiffs' attorneys' fees, costs, and expenses.

Accordingly, the Court hereby enters an ORDER for Defendant to pay Plaintiffs $29,000.00 to resolve attorneys' fees, costs, and expenses. Payment is to be made to counsel for Plaintiffs by August 5, 2024. After satisfaction of payment, Plaintiffs will dismiss this case with prejudice within 10 business days against all parties.

IT IS SO ORDERED.

Dated:    **June 6, 2024**

_____
UNITED STATES DISTRICT JUDGE

1

**[~~PROPOSED~~] ORDER**